JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL ANN IANU,

             Plaintiff,

   v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

             Defendant.

Case No. 8:17-cv-02015-DMG-MAA

**JUDGMENT**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED: March 29, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE